## SMALL ESTATE AFFIDAVIT

STATE OF MISSISSIPPI
COUNTY OF HINDS

  PERSONALLY came and appeared before me, the undersigned authority in and for the jurisdiction aforesaid, the within named Catrell Jenard Johnson, who, being by me first duly sworn, on oath did state:

  1. Decedent, Barbara Larose Johnson, SSN 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, died on June 16, 2018 in Jackson, Mississippi at the age of 58 years, being at the time of her death, an adult resident of the City of Jackson, Hinds County, Mississippi. A copy of the Death Certificate of said Decedent is attached hereto as Exhibit "A" and incorporated herein by reference.

  2. Decedent's place of residence immediately before death was 280 Deason Drive, Jackson, Mississippi 39209, which was the place where the principal part of her property was situated.

  3. The value of the entire estate of the Decedent, wheresoever situated, excluding all liens and encumbrances thereon, does not exceed the sum of Twenty Thousand Dollars ($20,000.00).

  4. No application or petition for the appointment of a Personal Representative or Executor is pending, nor has a Personal Representative or Executor been appointed in any jurisdiction.

  5. The Decedent died more than thirty (30) days prior to the execution of this Small Estate Affidavit.

  6. A list of all known assets of the Estate of the Decedent is as follows:

### ASSETS

| Description | | Value |
|---|---|---|
| Personal Articles | | $ 500.00 |
| Bank Accounts at Regions Bank | | $ 16,000.00 |
| | TOTAL | $ 16,500.00 |

7. The names and address of all heirs and the facts establishing the relationship to the Decedent are as follows:

At the time of death, the Decedent was married to Charles Earl Johnson.

Children born of this marriage are:

Son, Catrell Jenard Johnson; and
Son, Chavin Jevon Johnson.

The Decedent did not have any other children with any other person and did not adopt any children.

8. There is no known unpaid claim against the Decedent, except as stated herein.

9. The Decedent did leave a Will; however, there are insufficient individual assets to warrant probate.

The facts contained in this Small Estate Affidavit are true and correct as set forth.

_____
CATRELL JERNARD JOHNSON

SWORN TO AND SUBSCRIBED before me, this the 30th day of July, 2018.

_____
NOTARY PUBLIC

My Commission Expires: 12/19/20

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 44527
LOUIS H. WATSON JR.
Commission Expires
Dec. 19, 2020
HINDS COUNTY